FROM: Ehrenfriede-Pahee: family [Kauapirura], living man
   On the county at Large, Kings
   Non-Domestic
   c/o: 1331 East 104th Street
   Brooklyn, New York [11236]
   Propria persona

To: U.S. Court of Appeals for the Second Circuit
   ATTN: CLERK [3X COPIES]
   40 Foley Square
   New York, New York [10007]

## U.S. COURT OF APPEALS FOR THE 2ND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EHRENFRIEDE KAUAPIRURA,<br><br>  Defendant.<br><br>_____<br>Ehrenfriede-Pahee: family<br>[Kauapirura], Real Party in<br>Interest (RPII)<br>_____ | **Case No.:** _____<br><br>**RE: UNITED STATES DISTRICT COURT**<br><br>**EASTERN DISTRICT OF NEW YORK**<br><br>**Case No. 22-CR-379**<br><br>**Notice of Interlocutory Appeal**<br><br>**Notice and Motion for Stay of Proceedings** |

### INTRODUCTION

Now Comes Aggrieved party (U.C.C. §1-201(2)) Ehrenfriede-Pahee: family [Kauapirura] (hereinafter Aggrieved party), Sui Juris, Secured Party (U.C.C. §9-105), NON-PERSON (U.C.C. §1-201 (27)), NON-CITIZEN, NON-RESIDENT, NON-DEBTOR (28 U.S.C. §3002 (4)), NON-CORPORATED, NON-FICTION, NON-SUBJECT, NON-PARTICIPANT in any government programs, a Living flesh and blood Man

standing on the ground, Sovereign, under Special Appearance (Rule 8 (E)) not Generally, NON-DEFENDANT (U.C.C. §1-201 (14)), Holder-In-Due -Course (U.C.C. §3-302 (A) (2)) of all documentation (U.C.C. §5-102 (6)) of the "Entity" Cestui Que Vie trust Ehrenfriede-Pahee: family [Kauapirura]©TM, representing the Corporate Fiction EHRENFRIEDE PAHEE KAUAPIRURA©TM. Under no circumstances is the Plaintiff "Pro Se" as this Complaint is filed under the Holder-In-Due-Couse; Ehrenfriede-Pahee: family [Kauapirura] of the "Cestui Que Vie trust" of EHRENFRIEDE PAHEE KAUAPIRURA.

**AN authenticated FOREIGN DOCUMENT**

**HAGUE CONVENTION, 5 October 1961**

**NOTICE FOR; PUBLIC NOTICE, HONORABLE CLARIFICATIONS**

**REASON(s) FOR APPEAL**

Judge **Diane Gujarati** disregarded Defendant's <u>Affidavit of Notice [of Discharge]</u> (**ECF 38, 42, and 43**). Therein, the penal/ty sum has been discharged and there is no further cause of action or controversy and no subject matter jurisdiction by Judge or prosecutors in said case at bar. Further, said **Judge is a respondent in a jurisdictional lawsuit by said Defendant in the same court**. Is this a conflict of interest? Neither Judge nor Prosecution have proven jurisdiction on the record. Therein, Judge is in error by even attempting to preside over a criminal case where she is the Judge over this defendant.

Bonds were processed by the Clerk of Court and US Treasury to discharge the charges at bar (**ECF 38, 42, and 43**). Judge is operating in dishonor and continuing a criminal case to trial on a discharged set of charges. Therein, Judge/Court is in error. Title 48 CFR Ch. 1 §53.228 is the law that applies to said bonds. Therein, plaintiff cannot continue on a premise for liability (27 CFR 72.11 "commercial crimes" defined).

1. Defendant (Ehrenfriede-Pahee: family [Kauapirura]) is not a "minor" (31 CFR 363.6) and therefore, has standing to apply for and have the bonds issued for discharge.

2. Defendant (Ehrenfriede-Pahee: family [Kauapirura]) is a Secured Party Creditor in relation to her Estate and is not a "minor," i.e. Holder-in-Due-Course.

3. Title 48 CFR Ch. 1 53.228 Bonds and Insurance is still valid law, but the trial Judge/court seems to think otherwise.

4. The law that regulates payment is found at UCC § 3-603. TENDER OF PAYMENT, "A payment tendered is a payment paid."

5. The Bar Association needs to address Ms. **Diane Gujarati's** qualifications as she appears to be violation of numerous statutes/rules associated with the Annotated Model Rules of Professional Conduct for Bar Members. Certainly, a Bar member presiding over a case whose charges have been discharged would appear to shock the conscience and rise to the level of "conduct unbecoming."

Therein, the ONLY REASON that RPII has made a physical appearance was due to the fact that Judge has threatened to incarcerate her for failing to appear, therefore, there is no traverse on the discharging premises.

### Notice and Motion for Stay of Proceedings

Therein, RPII/alleged Defendant notices and moves this Appellate court for a Stay of Proceedings in the nature of FRCP Rule 62, on the following grounds.

### Notice of Lack of Jurisdiction

A case in the nature of Cross-Claim (Case No. 1:23-cv-06563-DG-LB) was filed and served against Michael Vasiliadis, Kenneth Vert, and Breon Peace, in their Private Capacity on the grounds that they prove that they have jurisdiction to charge Ehrenfriede Pahee Kauapirura in this case (**22-CR-379**) and produce said proof. To date (60 days since they were served) they have failed to produce said proof of jurisdiction. Instead, alleged counsel for said parties (Michael Vasiliadis, Kenneth Vert, and Breon Peace) has filed a Request for an Extension of Time to answer said complaint. Therein, said Judge and Magistrate (Lois Bloom) were added to the Amended Tort Complaint. This operates as an appearance of conduct unbecoming to evade resolving the issue as to jurisdiction before the trial court attempted to evade its discharge through trial on a penal sum that has been discharged. The law provides that once State and Federal

Jurisdiction has been challenged, it must be proven. Main v. Thiboutot, 100 S. Ct. 2502 (1980).

Further, for and on the record, RPII/Defendant already moved the court for a hearing regarding Title 48 CFR Ch. 1 §53.228 Bonds and Insurance, validity, which was denied. Therein, Judge, Clerk of Court and The Parties admit, acknowledge, and stipulate that Title 48 CFR Ch. 1 §53.228 Bonds and Insurance is valid and applicable.

Therein, and therefore, until said parties prove that they have jurisdiction to proceed in the criminal case (22-CR-379) at bar in said case (1:23-cv-06563-DG-LB) said criminal case should be stayed pending the pendency of the tort claim case (1:23-cv-06563-DG-LB) to its conclusion, including all appeals. Furthermore, in the case of 1:23-cv-06167-DG-LB, said Plaintiff party(ies) in the criminal case have yet to prove that any tax liability even exists.

The notions of "fair play and substantial justice" as well as "good faith" in any relation require the plaintiff in this case, Internal Revenue Service, Michael Vasiliadis, Kenneth Vert, and Breon Peace, to perform and produce jurisdictional proof and liability of said tax before proceeding in this case at Bar. Anything less would constitute lack of due process, bad faith in a court of equity, and actionable in appellate jurisdiction (final or

interlocutory) as well as tortious as to lack of
jurisdiction.

**REMEDY REQUESTED BY THE SECOND CIRCUIT COURT OF APPEALS**

Defendant seeks the enforcement of the bonds for penalty sum
discharge, order Michael Vasiliadis, Kenneth Vert, Breon Peace,
Diane Gujarati, and Lois Bloom, prove jurisdiction on the
record, and a final accounting for IRS tax filing on the
discharge.

Respectfully submitted,

*Kauapirura* December 5, 2023

Ehrenfriede-Pahee: family [Kauapirura], living man

**CERTIFICATE OF SERVICE**

I, Ehrenfriede-Pahee: family [Kauapirura], have served the foregoing document upon the following parties by Certified Mail or personal service via process server:

    U.S. Court of Appeals for the Second Circuit
    ATTN: CLERK [3X COPIES]
    Thurgood Marshall United States Courthouse
    40 Foley Square
    New York, New York [10007]
    **USPS Certified Mail No.** _____

    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
    ATTN: CLERK
    225 Cadman Plaza East
    Brooklyn, New York [11201]
    **USPS Certified Mail No.** _____

    Michael Vasiliadis
    DOJ-Tax
    Tax Division
    150 M Street NE
    Washington, DC 20002
    202-514-1102
    Email: michael.c.vasiliadis@usdoj.gov
    **USPS Certified Mail** _____

    Kenneth Vert
    DOJ-Tax
    PO Box 972
    Washington, DC 20044
    202-305-9792
    Email: kenneth.c.vert@usdoj.gov
    **USPS Certified Mail** _____

    Susan G. Kellman, 1174093
    25 Eighth Avenue
    Brooklyn, New York [11217]
    **USPS Certified Mail** _____

          Done so on or about this  5  day of December 2023


                              Ehrenfriede-Pahee: family [Kauapirura]

1

2

3

4

5        **Exhibit "A"**
**UCC1 and UCC1 Amendment with W8BEN**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 05/31/2023 05:11:11 PM
Master ID: 20232053195
Validation Number: 20232053195
Amount: $8.00

### Debtor: (Organization)

Name: EHRENFRIEDE PAHEE KAUAPIRURA TRUST
Address1: 1331 EAST 104TH STREET
Address2:
City: BROOKLYN                State: NY                ZIP/Postal Code: 11236
Province:                     Country: United States

The debtor is a transmitting utility.

### Debtor: (Organization)

Name: EHRENFRIEDE PAHEE KAUAPIRURA; NON-
ADVERSE; NON-BELLIGERANT; NON-COMBATANT
PRIVATE FOUNDATION
Address1: 1331 EAST 104TH STREET
Address2:
City: BROOKLYN                State: NY                ZIP/Postal Code: 11236
Province:                     Country: United States

The debtor is a transmitting utility.

### Secured Party: (Individual)

Last name: Kauapirura        First name:              Middle name: Pahee        Suffix:
                             Ehrenfriede
Address1: c/o: 1331 East 104th Street
Address2:
City: Brooklyn               State: NY                ZIP/Postal Code: [11236]
Province:                    Country: United States

### Collateral

**Description:**
Please see attached images for full collateral description and contractual agreements.

### Optional Information

## Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

## Optional filer reference data/miscellaneous information:

Bailee/Bailor shall mean the same as Secured Party/Debtor. All collateral is held under trust. UCC 1-308

# Attachment Index

| Attachment # | Description | Filename | Size | Format |
|---|---|---|---|---|
| 1 | (Ehren Kauapirura) UCC1 packet | (Ehren Kauapirura) UCC1 packet.pdf | 2184890 | PDF |
| 2 | (Ehren Kauapirura) UCC1 packet | (Ehren Kauapirura) SR&A Limited Power of Attorney COUNTERSIGNED.pdf | 281588 | PDF |

# (Ehren Kauapirura) UCC1 packet

File name: (Ehren Kauapirura) UCC1 packet.pdf     Uploaded: 05/31/2023 05:09:39 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Ehrenfriede-Pahee: Kauapirura
c/o: 1331 East 104th Street,
Brooklyn, New York [11236]
Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EHRENFRIEDE PAHEE KAUAPIRURA | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1331 EAST 104TH STREET, | BROOKLYN | New York [11236] | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EHRENFRIEDE PAHEE KAUAPIRURA TRUST;    NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1331 EAST 104TH STREET, | BROOKLYN | New York [11236] | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Kauapirura | Ehrenfriede-Pahee: | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| c/o 1331 East 104th Street, | Brooklyn | New York [11236] | uSA |

**4. COLLATERAL:** This financing statement covers the following collateral:
This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate: EHRENFRIEDE PAHEE KAUAPIRURA © in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-woman.' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on deb tor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 22370123, SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 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, is herein liened and claimed at a sum certain $100,000,000.00. also registered: Security Agreement No. 04161957-EPK -SA Hold Harmless & Indemnity Agreement No 04161957-EPK -HHIA. Copyright under item no.: 04161957-EPK -CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Co de. Trustee/Secured Party. Ehrenfriede-Pahee: Kauapirura is living flesh and blood sojourning upon the soil of the land known as New York, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held or outstanding belongs to a

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☑ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☑ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA:**
Date: 05/15/2023

No Documentary Tax Stamp Required

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| EHRENFRIEDE PAHEE KAUAPIRURA TRUST© | |

**OR**

| | | |
|---|---|---|
| **9b. INDIVIDUAL'S SURNAME** | | |
| **FIRST PERSONAL NAME** | | |
| **ADDITIONAL NAME(S)/INITIAL(S)** | | **SUFFIX** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| **10a. ORGANIZATION'S NAME** | | | | | |

**OR**

| | | | | | |
|---|---|---|---|---|---|
| **10b. INDIVIDUAL'S SURNAME** | | | | | |
| **INDIVIDUAL'S FIRST PERSONAL NAME** | | | | | |
| **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | | | **SUFFIX** |
| **10c. MAILING ADDRESS** | **CITY** | | **STATE** | **POSTAL CODE** | **COUNTRY** |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** <u>or</u> ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only <u>one</u> name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | | |

**OR**

| | | | | |
|---|---|---|---|---|
| **11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | | **SUFFIX** |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

Trust administered by Trustee/Secured Party. Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations. Geneva. From April 19 to May 5.1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law. Cardinal Orders. Ordinal Orders. and Commercial Standards.

| | |
|---|---|
| **13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14.** This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing |
| **15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest). | **16.** Description of real estate: |

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)**

# Continuation from "12. ADDITIONAL SPACE ITEM FOR 4."
## #04161957-EPK-CAD

1. All Comprehensive Annual Financial Reports, All Comprehensive Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, Service of:
   a. All Organic Codification National and Regional Constitutional Trust, Indenture Organizations and Their Political Subdivisions;
   b. All Organic Un codification National and Regional Constitutional Trust Indentures Organizations And their Political Subdivisions;
   c. All Religious government Trust Indentures Organizations and their Ecclesiastical Provinces, Metropolitans.

2. All Sworn Oaths, All Sworn Affirmations, All Sworn Insurance Providers for All Agents, Employees, And Officers of the above list of Organizations.

3. All Annual Financial Reports, All Comprehensive Net Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, and Service of all Adverse, Belligerent, and/or Combatant Participant Non Political Entities such as a Corporation(s), and voluntary Associations, whether Incorporated or Not, whether by, Licenses, Registrations, Records, Permits, or Certification;
   a. All Adverse, Belligerent, and/or Combatant Participants, Non-Political Entities Licenses, Registrations, Records, Permits, Memorandums, and ARTICLES OF ASSOCIATIONS.

4. Entire List of Securities is in the Individual Organization's Public Record; Registrations, Library Catalogs, and other data depositories and Repositories.
   Collateral Security list shall hold the Trustee/Secured Party as Priority, Primary, and/or True Legal and Lawful filer as Trustee/Secured Party as Evidence in Fact by Secretary of State according to him/her authority grants truth by his/her witness to this Security List:

Collateral Security List herein is with acceptance and return for full legal and lawful Exchange all value is Legally and Lawfully Exempt from Levy. UCC-1 Collateral Statement for EHRENFRIEDE PAHEE KAUAPIRURA ' Trust

Continuation of Additional Collateral                    Item # 04161957-EPK-CAD

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

Non-Negotiable - Private Between the Parties:

DEBTOR:
EHRENFRIEDE PAHEE KAUAPIRURA TRUST©
c/o: 1331 EAST 104TH STREET,
BROOKLYN, NEW YORK [11236]
...and all derivatives and variations in the spelling of said name.

TRUSTEE SECURED PARTY:
Ehrenfriede-Pahee: Kauapirura
c/o: 1331 East 104th Street,
Brooklyn, New York [11236]
united States of America

**TRUSTS Identifying Numbers**: 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, 22370123 and any hereinafter named in trust minutes. This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "EHRENFRIEDE PAHEE KAUAPIRURA TRUST©" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "**TRUST**", except, Ehrenfriede-Pahee: Kauapirura, the living, breathing, flesh-and-blood woman, known by the distinctive appellation Ehrenfriede-Pahee: Kauapirura hereinafter "Trustee".

For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 04161957-EPK-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts **TRUST'S** signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

*EHRENFRIEDE PAHEE KAUAPIRURA ©*
_____
EHRENFRIEDE PAHEE KAUAPIRURA TRUST©
Signature.
**TRUST's Signature.** Copyright 1975.

*E Kauapirura*
_____
Ehrenfriede-Pahee: Kauapirura - Trustee Secured Party's
Authorized Representative. All Rights Reserved.
Without Prejudice Without Recourse

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

_____
First Witness Signature
Address:
On the county at Large, riverside
c/o 28039 Scott Road, Unit D-350
Murrieta, California [92563]

*Rice J.D.*
_____
Second Witness Signature
Address: S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

| Hold Harmless Agreement | Page 1 of 1 | Item= 04161957-EPK -HHIA |

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1975 EHRENFRIEDE PAHEE KAUAPIRURA TRUST.

**Notice Provided Under Certified Mail No. 7022 0410 0001 7423 9392**

**Lawful/Legal Notice provided to:**

_____

_____

_____

**This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.**

**Copyright Notice: All rights reserved.**
Copyright of trade-name trademark EHRENFRIEDE PAHEE KAUAPIRURA© TRUST, including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: EHRENFRIEDE PAHEE KAUAPIRURA TRUST, KAUAPIRURA , EPK , EHRENFRIEDE PAHEE KAUAPIRURA , EHRENFRIEDE MS , MS KAUAPIRURA or any derivatives thereof are under Copyright 1975 Said common-law trade-name trademark, EHRENFRIEDE PAHEE KAUAPIRURA© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee Trust in writing.
**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee TRUST, as signified in writing with signed consent. Trustee Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of EHRENFRIEDE PAHEE KAUAPIRURA , and **all such unauthorized use is strictly prohibited.**
**By receipt of this notice, you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH.**
**You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice, then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

    a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter ,jointly and severally "User", consent and agree that any use of trade-name trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and EHRENFRIEDE PAHEE KAUAPIRURA TRUST is Secured Party, and signifies that User:

    b) In accordance with the fees for unauthorized use of Trade-Name Trademark Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

    c) Grants Trustee TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien levy via a UCC Financing Statement in the UCC filing office and or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name trademark, plus costs, plus triple damages;

    d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

    e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus frivolous and that User will not claim such a defense in regard.

Common Law Copyright Notice      Page 1      Item# 04161957-EPK-CLC

# COMMON LAW COPYRIGHT NOTICE

## copyright © 1975 EHRENFRIEDE PAHEE KAUAPIRURA TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Ehrenfriede-Pahee: Kauapirura, Autograph Common Law Copyright 1975. Unauthorized use of "Ehrenfriede-Pahee: Kauapirura" incurs same unauthorized-use fees as those associated with EHRENFRIEDE PAHEE KAUAPIRURA TRUST ©, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the TTEE following if you would like to discuss terms of curing the breach of copyright.

Ehrenfriede-Pahee: Kauapirura

*EKauapirura*

Without Prejudice/Without Recourse

Phone: _____

E-Mail: _____

Or the address provided on the envelope.

On behalf of EHRENFRIEDE PAHEE KAUAPIRURA TRUST©.

Copyright 1975. All Rights Reserved.

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature

Address:

~~On the county at Large, riverside~~
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature

*S.T. Rice J.D.*

Address:

S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | **Identification** |

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| EHRENFRIEDE PAHEE KAUAPIRURA TRUST© | 66-6053111 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

1331 EAST 104TH STREET,

City or town, state, and ZIP code (If a foreign address, see instructions.)

BROOKLYN, NEW YORK [11236]

Fiduciary's name

JANET YELLEN, et al D.B.A. SECRETARY OF TREASURY (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)

1500 PENNSYLVANIA AVENUE, NORTH WEST

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| WASHINGTON, DISTRICT OF COLUMBIA [20220] | ( 202 ) 622-2000 |

## Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☑ Valid trust instrument and amendments

**e** ☐ Bankruptcy or assignment for the benefit of creditors

**f** ☐ Other. Describe ▶ _____

**2a** If box 1a or 1b is checked, enter the date of death ▶ _____

**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ _____

## Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☑ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment
☐ Excise ☐ Other (describe) ▶ _____

**4** Federal tax form number (check all that apply): **a** ☐ 706 series **b** ☐ 709 **c** ☐ 940 **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ **f** ☑ 1041 **g** ☐ 1120 **h** ☐ Other (list) ▶ _____

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ _____

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

| **Part II** | Court and Administrative Proceedings | | | | |
|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| Address of court | | | Docket number of proceeding | | |
| City or town, state, and ZIP code | | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |

| **Part III** | Signature | | | TRUSTEE On behalf of EHRENFRIEDE PAHEE KAUAPIRURA TRUST© |
|---|---|---|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▶ **J ANET YELLEN** EHRENFRIEDE PAHEE KAUAPIRURA TRUST©   By appointment of    United States Secretary of Treasury

Fiduciary's signature                                    Title, if applicable                        Date

Form **56** (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you Janet Yellen have been chosen to act as fiduciary in re EHRENFRIEDE PAHEE KAUAPIRURA TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES. i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const, Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction [ as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and woman are** "Non-Assumpsit'; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF NY, STATE OF NEW YORK, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting; within a State; That Congress cannot create a trade or business. [i.e., "as defined within 26 U.S.C. § 7701(a)(26)."] tax it; [See; inter alia, License Tax Cases. 72 U.S. 462; 18 L.E. 497 (1866); M'ilvaine v. Coxe's Lessee.8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins. 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/22370123 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in EHRENFRIEDE PAHEE KAUAPIRURA TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause.

Trustee/Secured Party; Ehrenfriede-Pahee; Kauapirura
**on behalf of** EHRENFRIEDE PAHEE KAUAPIRURA TRUST©
All Rights Reserved. Without Prejudice. UCC 1-308

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:   On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
Address:  S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

| Notice Concerning Fiduciary Relationship | Item # 04161957-EPK-F56-US |
|---|---|

**Form 56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| EHRENFRIEDE PAHEE KAUAPIRURA TRUST © | 66-6053111 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
1331 EAST 104TH STREET,

City or town, state, and ZIP code (if a foreign address, see instructions.)
BROOKLYN, NEW YORK [11236]

Fiduciary's name
FRANCISCO ALICEA, et al D.B.A. SECRETARY OF TREASURY    (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
C/O DEPARTMENT DE HACIENDA, P.O. BOX 9024140

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| SAN JUAN, PUERTO RICO 00902-4140 | ( 787 ) 721-2020 |

## Section A.  Authority

**1**   Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☑ Valid trust instrument and amendments
**e** ☐ Bankruptcy or assignment for the benefit or creditors
**f** ☐ Other. Describe ▶ _____
**2a**  If box 1a or 1b is checked, enter the date of death ▶ _____
**2b**  If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ _____

## Section B.  Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply): ☑ Income  ☐ Gift ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶ _____

**4**   Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☑ 1041  **g** ☐ 1120  **h** ☐ Other (list) ▶ _____

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ _____

**6**   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

**For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.**   Cat. No. 16375I   Form **56** (Rev. 12-2011)

| **Part II** | **Court and Administrative Proceedings** | | | | |
|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| Address of court | | | Docket number of proceeding | | |
| City or town, state, and ZIP code | | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |

| **Part III** | **Signature** | TRUSTEE On behalf of EHRENFRIEDE PAHEE KAUAPIRURA |
|---|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▸ *FRANCISCO ALICEA*

By appointment of
EHRENFRIEDE PAHEE KAUAPIRURA TRUST© Secretary of Treasury

Fiduciary's signature · · · · · · · · · · · Title, if applicable · · · · · · · · · Date

Form **56** (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you FRANCISCO ALICEA have been chosen to act as fiduciary in re Ehrenfriede Pahee Kauapirura TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES. i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8:17-18. by the real party in interest; Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ['as defined within. 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)'] **That entity and woman are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof. e.g., inter alia, but not limited to, STATE OF NY, STATE OF NEW YORK, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting; within a State; That Congress *cannot* create a trade or business. [i.e., "as defined within 26 U.S.C. § 7701(a)(26)."] tax it; [See: inter alia, License Tax Cases. 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee 8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356. 6 S.Ct 1064 (1886)]. All accounts in relation to 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/22370123 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in EHRENFRIEDE PAHEE KAUAPIRURA TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice. for cause.

*ƎKauapirura*

Trustee/Secured Party : Ehrenfriede-Pahee: Kauapirura
**on behalf of** EHRENFRIEDE PAHEE KAUAPIRURA
TRUST©
All Rights Reserved. Without Prejudice. UCC 1-308

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature

Address: ~~On the county at Large, riverside~~
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

*S.T. Rice J.D.*

Second Witness Signature

Address: ~~S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.~~
~~On the county at Large, riverside~~
~~Non-Domestic~~
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

OMB No. 1545-1621

Form **W-8BEN**

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Non-resident for United States Tax Withholding and Reporting (Human)

▶ For use by humans. Entities must use Form W-8BEN-E.
▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

| Do NOT use this form if: | Instead, use Form: |
|---|---|
| • You are NOT an individual ("individual" means a "non-resident non-person non-taxpayer" under the I.R.C.) . . . . . . . . . . | W-8BEN-E |
| • You are a statutory U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) . . . . . | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services in the United States . . . . . . . | 8233 or W-4 |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

### Part I — Identification of Non-Resident Non-Taxpayer (see instructions)

**1** Name of human applicant
Ehrenfriede-Pahee: Kauapirura

**2** Country of nationality
American National

**3** Mailing address (Not a domicile or residence. Don't have a domicile or residence) (street, apt. or suite no., or rural route).
C/O 1331 East 104th Street,

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| Brooklyn, New York [11236] | united States of America |

**4** Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

**5** U.S. taxpayer identification number (SSN or ITIN), if required (not required)
NONE (Not required. 26 CFR 306.10; 31 CFR 103.34(a)(3)(xx); W-8BEN Inst. p. 1,2,4.5 (Cat. 25576H); W-8 Supp. Inst. p. 1,2,6 (Cat. 26698G); Pub. 515 Inst. p. 7; Form 1042-s Inst. p. 1,14)

**6** Foreign tax identifying number (see instructions)

**7** Reference number(s) (see instructions)

**8** Date of birth (MM-DD-YYYY) (see instructions)
04/16/1957

### Part II — Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

**9** I certify that the non-resident is a resident of - - - - - - - - - - - - - - - - - - - - within the meaning of the income tax treaty

between the United States and that country.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article - - - - - - - -

of the treaty identified on line 9 above to claim a - - - - - - - - - % rate of withholding on (specify type of income): - - - - - - - - - .

Explain the reasons the non-resident meets the terms of the treaty article: - - - - - - - - - - - - - - - - - - -

### Part III — Certification

Under penalties of perjury from without the "United States" as defined in 28 U.S.C. §1746(1) and 26 U.S.C. §7701(a)(9) and (a)(10), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify from without the "United States" that:

- I am the human who is the non-resident (or am authorized to sign for the human that is the non-resident) of all the earnings to which this form relates or am using this form to document myself as a statutory "non-resident non-person" that is an owner or account holder of a financial institution outside the geographical "United States" per I.R.C. 7701(a)(9) and (a)(10),

- The human named on line 1 of this form is not a statutory "U.S. person", "person", or "individual" as defined in 26 U.S.C. §7701(a)(30) or 26 U.S.C. §7701(c), or 26 C.F.R. §1.1441-1(c)(3) respectively, would have to hold a public office to be any of these entities, and does not consensually hold such an office.

- The earnings to which this form relates are:
(a) not effectively connected with the conduct of a "trade or business" (public office per 26 U.S.C. §7701(a)(26)) in the United States (government),
(b) not earned from sources within the geographical "United States" defined in 26 U.S.C. §7701(a)(9) and (a)(10),
(c) not subject to reporting per 26 U.S.C. §6041 because not connected to a statutory "trade or business" (public office), and
(d) not subject to withholding because not statutory "income" per 26 U.S.C. §643(b) and earned by a "non-resident non-person non-taxpayer".

- The non-resident named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and

- For broker transactions or barter exchanges, the non-resident is either not-subject or statutorily exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that have control, receipt, or custody of the earnings of which I am the non-resident or any withholding agent that can disburse or make payments of the income of which I am the non-resident. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

**Sign Here** ▶

*EKauapirura*
Signature of non-resident (or individual authorized to sign for non-resident)

Ehrenfriede-Pahee: Kauapirura
Print name of signer

May 15, 2023
Date (MM-DD-YYYY)

Trustee
Capacity in which acting (if form is not signed by non-resident)

For Paperwork Reduction Act Notice, see separate instructions.      Cat. No. 25047Z      Form **W-8BEN** (Rev. 2-2014)

# W8BEN Affidavit

## (International) Commercial Affidavit

This Affidavit in regard to the W-8BEN on the obverse side is executed as Lawful **\*PUBLIC NOTICE\*** [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to **\*declare trustees stature as a Non-Resident/Non-Person in regard to U.S. Inc. (Id)"** with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and if called as a witness, I am One; who can "Testify" to the facts, underlined evidenced, and subject-matter within Trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit; executed as dated below, nunc pro tunc to 02/01/<YEAR 18> the date or original creation of trust.

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [UCC. § 1-201(19) UCC § 1-203; UCC § 1-202].

This Affidavit is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES. [i.e.. "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18."] Administered by a commissioned officer, i.e.. Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

*E.K. Kauapirura* (signature)

**Trustee/Secured Party: Ehrenfriede-Pahee: Kauapirura**
All Rights Reserved. Without Prejudice. [UCC 1-308]

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature

Address:   On the county at Large, riverside
~~c/o: 28039 Scott Road, Unit D-350~~
~~Murrieta, California [92563]~~

Second Witness Signature   *S.T. Rice J.D.* (signature)

Address:
~~S.T. Rice, J.D. [#86082] Fed. Tr. Cir. Ct.~~
~~On the county at Large, riverside~~
~~Non-Domestic~~
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Tracking No. 7022 0410 0001 7423 9323

TO: Secretary of the Treasury / I.M.F.
C/O DEPARTMENT DE HACIENDA
P.O. BOX 9024140,
SAN JUAN, PR 00902-4140

# PRIVATE REGISTERED
# BOND FOR INVESTMENT
## Value of Bond is: $100,000,000.00
## ONE HUNDRED MILLION U.S. DOLLARS

**PRIVATE REGISTERED SELF BACKED BOND BASED ON FUTURE EARNINGS IN RE: LIVE BIRTH 22370123/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 for Investment at the discretion of the Secretary of the Treasury/U.S. DEPARTMENT OF THE TREASURY as Fiduciary**

**Attention: Fiduciary/Receiver:**

The below Undersigned Principal, Ehrenfriede-Pahee: Kauapirura on behalf of the EHRENFRIEDE PAHEE KAUAPIRURA ESTATE/TRUST, herewith includes proof of the original issued instrument for basis of future value predicated on Certificate of Live Birth under Number 22370123. Current value accepted and issued as credit as indicated at the same amount as this bond. All endorsements front and back, to be attached to the original. The Undersigned Principal being the only known legitimate party having ameliorated value into aforesaid, contributing the credit assured therein.

Tendered in accordance with all applicable laws including but not limited to UCC 1-104 and Public Law 73-10 and Chap. 48, 48 Stat. 112.

 **BOND ORDER** 

You are hereby directed to utilize said credit (asset funds) for sound investment purposes not including games of speculation. This bond valued at ONE HUNDRED MILLION ($100,000,000) is issued to the treasury with a maturity date of 100 years hence bearing 1% interest per annum for a full value of $100,000,000 at maturity date. This credit we issue with guarantee of ONE HUNDRED MILLION DOLLARS ($100,000,000) to the treasury that we make with no request for money up front. In return we would like the treasury to use the credit of ONE HUNDRED MILLION DOLLARS ($100,000,000) to make investment(s) of at least 2% per annum in safe non-speculative investments, 1% of which will be held on account or reinvested to continue to accrue and roll over to cover the bonds value at maturity. Please also note the below Trust Name & Address to be used for anything over the 1% per annum divisible on biannual basis accordingly available after the first term from the date of receipt indicated on the green card return receipt from acceptance. Please send overages in the form of a check for use by the trust in operations and other investments. This agreement creates full security of the funds as you are guaranteed to be paid as they will accrue in your control, furthermore we will also pledge the current and future assets of the trust as a guarantee of payment in full upon maturity or if it pleases the treasury to reissue another bond on the same basis. This Bond shall be ledgered as an asset to mature in One-Hundred (100) years from the date of issuance. The Secretary of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the date of receipt of sending, to dishonor this Bond by returning this Bond to the Principal at the address below by mail verified by return receipt, with an explanation of all deficiencies. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond.

All overages held and not distributed may be used at the discretion of EHRENFRIEDE PAHEE KAUAPIRURA ESTATE/TRUST for set-off of any private, commercial, corporate or Public, bills, taxes, debts, money claims, demand(s), for payment(s) and the like, used in any regular course of business affairs as well as backing for lending at institutions lines of credit, to transmit electronic telex or other instruction to the vendor/creditor to remove 'ledgered debt' from their books or for discharge/set off for adjustment of account for settlement and/or closure.
Void where prohibited by law. _____

Trustee/Secured Party: _____

on behalf of *EHRENFRIEDE PAHEE KAUAPIRURA*©
c/o 1331 EAST 104TH STREET
BROOKLYN, NEW YORK [11236]

This instrument is backed by the full faith and credit of EHRENFRIEDE PAHEE KAUAPIRURA TRUST©

**Item 04161957-EPK-PRB**

File name: (Ehren Kauapirura) SR&A Limited Power of Attorney COUNTERSIGNED.pdf

Uploaded: 05/31/2023 05:09:49 PM

# ASSIGNMENT OF LIMITED POWER OF ATTORNEY
### oOOo
### By --

**Ehrenfriede-Pahee: Kauapirura,** Grantor, currently receiving her written communications in care of 1331 East 104th Street, Brooklyn, New York [11236].

### Upon--

Shawn T. Rice, J.D. (#86082, Fed. Tr. Cir. Ct./**Non-Bar**), Grantee, on the county at Large, riverside, currently receiving written communication in care of 28039 Scott Road, Unit D-350, Murrieta, California [92563].

The purpose of this Limited Power of Attorney is to assist Grantor in:

1. Establishing Holder-in-Due-Course (HDC), Secured Party Creditor (SPC), status in relation to her estate; and

2. Filing any and all requisite documents to achieve HDC/SPC status with State of Birth (officials), USDOJ, US Treasury, International Monetary Fund, (applicable FRAN) Federal Reserve Bank, Securities and Exchange Commission, local/applicable Secretary of State UCC filing portal, Depository Trust Company, and/or any other applicable entity(ies), private or governmental; and

3. Settling any and all claims against said Grantor ESTATE/TRUST in relation to real or personal property, taxes, or any liability(ies) settlement(s); and

4. communicating, emailing, telephoning, visiting, representing, assisting, investigating, filing documents, with whomever necessary, but restricted to and in furtherance in said real or personal property, taxes, or any liability(ies) settlement(s); and

5. filing any such document with whatever financial institution(s), private or government agencies, on behalf of Grantor in furtherance of said real or personal property, taxes, or any liability(ies) settlement(s); and

6. utilizing the 1099, 1096, 1199A, process to settle any outstanding liabilities after HDC/SPC status established; and

7. using the signature stamp of Grantor to perform the functions stated in this instrument; and

8. acting in the stead and good interests of the Grantor in any matter, manner, or capacity regarding the Grantor's real or personal property, taxes, or any liability(ies) settlement(s) thereunto pertaining.

THIS POWER OF ATTORNEY is effective immediately upon signature, and it shall remain in full force and effect for 24 months or until terminated by the Grantor. **California Constitution Art I § 9 applies.**

_EKauapirura_    Sign your name in this space

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

**Ehrenfriede-Pahee: Kauapirura,** Grantor

### WITNESSED BY NOTARY

_N Y_ state )
)    subscribed and affirmed
_Kings_ county )

On this, the _18th_ day of _May_, 202__, the assignor and grantor, **Ehrenfriede-Pahee: Kauapirura**, physically appeared before me, and s/he has proven to me, on the basis of satisfactory evidence, to be the assignor and grantor, whose name is subscribed to the within instrument, and acknowledged that s/he has executed the same for the purpose(s) defined and set forth herein.

Notary Signature above this line

ANN MARIE SAMUEL
Notary Public, State of New York
No. 01SA6...
Qualified in Kings County
My Commission Expires Sep 17, 2023
**seal**

--------------------------------------------------

Acceptance of Agreement

_S.T. Rice, J.D._
S.T. Rice, J.D.

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 05/31/2023 05:26:53 PM
Master ID: 20232053195
Validation Number: 20232053198
Amount: $8.00

## Initial Financing Statement

File #: 20232053195          File Date: 05/31/2023 05:11:11 PM          Filing office: Secretary of State

This amendment is an assignment.

### Debtor: (Organization) - Added

Name: Ehrenfriede Kauapirura
Address1: UNITED STATES DEPARTMENT OF STATE
Address2: 2201 C Street, NW

| | | |
|---|---|---|
| City: Washington | State: DC | ZIP/Postal Code: 20520 |
| Province: | Country: United States | |

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: Ehrenfriede P. Kauapirura
Address1: Windhoek Hospital
Address2:

| | | |
|---|---|---|
| City: Windhoek | State: OT | ZIP/Postal Code: C3Q8+M7H |
| Province: Windhoek | Country: Namibia | |

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: Ehrenfriede Pahee Kauapirura
Address1: UNITED STATES DEPARTMENT OF STAT
Address2: 2201 C Street, NW

| | | |
|---|---|---|
| City: Washington | State: DC | ZIP/Postal Code: 20520 |
| Province: | Country: United States | |

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: KAUAPIRURA BABY GIRL
Address1: Windhoek Hospital
Address2:

| | | |
|---|---|---|
| City: Windhoek | State: OT | ZIP/Postal Code: C3Q8+M7H |
| Province: Windhoek | Country: Namibia | |

Collateral is held in a Trust.

### Assignor (Individual)

| | | | |
|---|---|---|---|
| Last name: Kauapirura | First name: Ehrenfriede | Middle name: Pahee | Suffix: |

Address1: c/o: 1331 East 104th Street
Address2:

| | | |
|---|---|---|
| City: Brooklyn | State: NY | ZIP/Postal Code: [11236] |
| Province: | Country: United States | |

## Collateral

This amendment adds collateral

**Description:**

All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

## Optional Information

### Optional filer reference data/miscellaneous information:

see attached images, and Legal Notice and Demand.

## Authorizing Party (Secured Party): (Individual)

Last name: Kauapirura     First name: Ehrenfriede     Middle name: Pahee     Suffix:

Address1: c/o: 1331 East 104th Street

Address2:

City: Brooklyn     State: NY     ZIP/Postal Code: [11236]

Province:     Country: United States

# Attachment Index

| Attachment # | Description | Filename | Size | Format |
|---|---|---|---|---|
| 1 | (Ehren Kauapirura) UCC1 Amendment | (Ehren Kauapirura) SOS UCC1 Amendment filing Data sheet.pdf | 105566 | PDF |
| 2 | (Ehren Kauapirura) UCC1 Amendment | (Ehren Kauapirura) Legal Notice & Demand SIGNED.pdf | 645022 | PDF |
| 3 | (Ehren Kauapirura) UCC1 Amendment | (Ehren Kauapirura) SR&A Limited Power of Attorney COUNTERSIGNED.pdf | 281588 | PDF |

# (Ehren Kauapirura) UCC1 Amendment

File name: (Ehren Kauapirura) SOS UCC1
Amendment filing Data sheet.pdf

Uploaded: 05/31/2023 05:25:39 PM

**UCC Financing Statement Amendment/Assignment**

Current Record: Master ID: 20232053195
Validation Number:

**Debtor: (Organization)**
Ehrenfriede P. Kauapirura
Windhoek Hospital
C3Q8+M7H, Windhoek, Namibia, Africa

**Debtor: (Organization)**
Ehrenfriede Pahee Kauapirura
UNITED STATES DEPARTMENT OF STATE
2201 C Street, NW, Washington, DC 20520
Naturalized United States citizen

**Debtor: (Organization)**
Ehrenfriede Kauapirura
UNITED STATES DEPARTMENT OF STATE
2201 C Street, NW, Washington, DC 20520
Naturalized United States citizen

**Debtor: (Organization)**
KAUAPIRURA BABY GIRL
Windhoek Hospital
C3Q8+M7H, Windhoek, Namibia, Africa

**Secured Party: (Organization)**
Ehrenfriede-Pahee: Kauapirura
c/o: 1331 East 104th Street
Brooklyn, New York [11236]

**Collateral:**
**Description:**
All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

**Real estate information:**
This finance statement covers as-extracted collateral.

Description of the real estate covered by this financing statement:
Reference **UNITED STATES OF AMERICA** Commercial Naturalization Certificate file number **22370123;**
and all claims made by the **STATE OF NEW YORK , DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, UNITED STATES TREASURY** against **EHRENFRIEDE PAHEE KAUAPIRURA.**

**Name of a record owner of above-described real estate (if debtor does not have a record interest):**
Organization: United States, Department of State
Address1: Department of Justice
Address2: 2201 C Street, NW, Washington, DC 20520

**Alternative Designation:**
In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

**Optional filer reference data/miscellaneous information:**
Debtor is a Trustee acting with respect property held in Trust.

# (Ehren Kauapirura) UCC1 Amendment

File name: (Ehren Kauapirura) Legal Notice & Demand SIGNED.pdf

Uploaded: 05/31/2023 05:25:45 PM

# LEGAL NOTICE AND DEMAND

### FIAT JUSTITIA, RUAT COELUM
*(Let right be done, though the heavens should fall)*



*NON WAR POWERS ACT FLAG*

## To: All State, Federal and International Public Officials,
### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
### THIS TITLE IS FOR YOUR PROTECTION
**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Ehrenfriede-Pahee: Kauapirura or the trust in representation thereof. This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine.**"

For a Collateral list that is subject to this documentation please see both Security Agreement under
Item No.: 04161957-EPK-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A" and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

**I,** Ehrenfriede-Pahee: Kauapirura**,** Trustee/Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification, not an agreement/ omission/ contract/ covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

**It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.**

The undersigned tendering this document is a Trustee/Secured Party/Bailee by fact**; not:**

1) a Strawman Vessel in Commerce,
2) Corporate Fiction
3) Legal Entity,                    of, for, by, or to
4) *ens legis*,
5) or Transmitting Utility,

1) the "United States of America",
2) the "government of the United States"
3) the "State of New York",
4) or to <u>UNITED STATES Corporation</u>"

also known as the corporate "UNITED STATES, "Corp. USA", "United States Inc." or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW YORK", or by whatever name same may currently be known or be hereafter named, and the like.

Further, the undersigned is not:

1) a citizen within;
2) surety for;
3) subject of;
4) an officer of;
5) and does not owe
   a. allegiance,
   b. fealty, bond,
   c. undertaking,

to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)], also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (excluding the "united states of America" and the "government of the United States as created in the original "Constitution for the united States of America", circa 1787") or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including but not limited to the "STATE OF NEW YORK", or by whatever name it may currently be known or

d. obligation,      hereafter named (excluding the, "Republic of NEW YORK"), and the like.

e. duty,

f. tax,      This is now being a matter of public record.

g. Impost,

h. or tribute

**The Vessel in Commerce** known as EHRENFRIEDE PAHEE KAUAPIRURA© initially created as a trust (also known by identifying numbers 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/22370123) by the Government/Parents for the benefit of the Undersigned, Ehrenfriede-Pahee: Kauapirura as beneficiary on 04/16/1957. On Monday, May 15, 2023 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of EHRENFRIEDE PAHEE KAUAPIRURA© for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1) matters are not being handled with efficiency

2) in many respects matters are not being taken care of at all

3) usurpation of funds is occurring

4) there is rampant fraud and deceit

5) position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:

"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "

If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.

[Bouvier's Maxims of Law, 1856,]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. EHRENFRIEDE PAHEE KAUAPIRURA© TRUST, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because Ehrenfriede-Pahee: Kauapirura, a Natural woman exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as EHRENFRIEDE PAHEE KAUAPIRURA TRUST© was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, EHRENFRIEDE PAHEE KAUAPIRURA© TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Ehrenfriede-Pahee: Kauapirura, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowingly, not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to EHRENFRIEDE PAHEE KAUAPIRURA© and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name EHRENFRIEDE PAHEE KAUAPIRURA© TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, EHRENFRIEDE PAHEE KAUAPIRURA© as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by Form 56.

**The Undersigned** now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of New York" and to the said de facto compact (Corporate) commercial STATES, including the "STATE OF NY", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the NY SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

With silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyed, operating under "Color of Authority". Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of New York", whether the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

This notice is in the nature of a Miranda Warning "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Ehrenfriede-Pahee: Kauapirura or EHRENFRIEDE PAHEE KAUAPIRURA© TRUST (simply know herein as Trust) as aforestated am not a citizen within, surety for, subject of, and do not owe allegiance, or fealty as aforestated to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New York", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

NOTE: A true and correct copy of this **Statute Staple Securities Instrument** is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF NY", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

Take note; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New York" which are applicable to non-domestic non-assumpsit non-residents on sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New York", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of New York", and NEW YORK penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of NEW YORK", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

Remember in taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of New York against all enemies, foreign and domestic, that violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

The liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:**

| | |
|---|---|
| **-Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass** | without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority** | as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, to per officer, official, agent, or Representative involved. |
| **-Assault and Battery with Weapon:** | $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Unlawful Distraint, Unlawful Detainer, or False Imprisonment:** | $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest. |
| **-The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:** | $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property. |
| - | |

| | | |
|---|---|---|
| -Assault or Assault and Battery without Weapon; -Unfounded Accusations by officer of the court; -Denial and or Abuse of Due Process; -Obstruction of Justice; Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after occurrence, being detained; -Counterfeiting Statute Staple Security Instruments; -Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the Trust against his Will: | | $2,000,000.00 (Two Million) US Dollars, per occurrence per officer, official, agent, or Representative involved. |

| | |
|---|---|
| **Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property** | including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract. |

| | |
|---|---|
| **The Undersigned** does not grant entrance under any Circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission. | Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator. |

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

## CAVEAT

The aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of NEW YORK", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against The Undersigned.

By your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

## IGNORANCE OF THE LAW IS NO EXCUSE

**I, Ehrenfriede-Pahee: Kauapirura,** Trustee/Secured Party/Bailee am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive Honorable "Bill of Rights."

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of New York." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of certified mail to SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The Undersigned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

**Should** you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of New York", i.e., "Republic of New York", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW YORK", or by whatever name same may currently be known or be hereafter named, and the like.

**This** document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:**
Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES CORPORATION", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted.

**Your** failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever.

You have Thirty (30) days, from the date of receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1)  signed, certified, authenticated documents of the laws that rebut these declarations point by point
2)  In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3)  Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4)  Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
    a.  full legal name
    b.  address;
    c.  name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
    d.  supervisor's name and mailing address
5)  certified copy of oath(s) of office if such is required by law;
6)  if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7)  if the person is required by law to be bonded
    a.  a certified copy of the person's official bond,
    b.  name, address, and phone number of the bonding company;
8)  if covered by a corporate insurance policy
    a.  a certified copy of the insurance policy
    b.  the name, address, and phone number of the insurance company
9)  if a beneficiary of a CAFR
    a.  a certified copy of the CAFR policy
    b.  the name, address and phone number of the administrator.
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non-response and not acting on this notice can and most likely will result in the following crimes: 18 U.S.C. 911 impersonating a U.S. citizen, 18 U.S.C. 912, impersonating a public officer. Under 18 U.S.C. 3 and 4, you as the non-responder will be liable for misprision of felony and accessory after the fact in protecting the crimes that would result from inaction on your part. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations.

**Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty-Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives. If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of New York", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", the "Twenty-Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty-Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid

Legal Notice & Demand                    Page 7 of 8                    04161957-EPK-LND

on the whole. And the aforesaid Twenty-Five shall swear that they will faithfully observe all the foregoing and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from anyone, either through itself or through another, by which the powers of the "Twenty-Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another. The judgment of the "Twenty-Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

## NOTICE TO CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

LS: _____
Ehrenfriede-Pahee: Kauapirura

## WITNESSES

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Ehrenfriede-Pahee: Kauapirura to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of New York", i.e., "Republic of New York", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW YORK", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

_____
First Witness Signature
Date: _____

On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

_____
Second Witness Signature
Date:    S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

# (Ehren Kauapirura) UCC1 Amendment

File name: (Ehren Kauapirura) SR&A Limited Power of Attorney COUNTERSIGNED.pdf

Uploaded: 05/31/2023 05:25:54 PM

# ASSIGNMENT OF LIMITED POWER OF ATTORNEY
## o0O0o
## By --

**Ehrenfriede-Pahee: Kauapirura,** Grantor, currently receiving her written communications in care of 1331 East 104th Street, Brooklyn, New York [11236].

## Upon--

Shawn T. Rice, J.D. (#86082, Fed. Tr. Cir. Ct./**Non-Bar**), Grantee, on the county at Large, riverside, currently receiving written communication in care of 28039 Scott Road, Unit D-350, Murrieta, California [92563].

The purpose of this Limited Power of Attorney is to assist Grantor in:

1. Establishing Holder-in-Due-Course (HDC), Secured Party Creditor (SPC), status in relation to her estate; and

2. Filing any and all requisite documents to achieve HDC/SPC status with State of Birth (officials), USDOJ, US Treasury, International Monetary Fund, (applicable FRAN) Federal Reserve Bank, Securities and Exchange Commission, local/applicable Secretary of State UCC filing portal, Depository Trust Company, and/or any other applicable entity(ies), private or governmental; and

3. Settling any and all claims against said Grantor ESTATE/TRUST in relation to real or personal property, taxes, or any liability(ies) settlement(s); and

4. communicating, emailing, telephoning, visiting, representing, assisting, investigating, filing documents, with whomever necessary, but restricted to and in furtherance in said real or personal property, taxes, or any liability(ies) settlement(s); and

5. filing any such document with whatever financial institution(s), private or government agencies, on behalf of Grantor in furtherance of said real or personal property, taxes, or any liability(ies) settlement(s); and

6. utilizing the 1099, 1096, 1199A, process to settle any outstanding liabilities after HDC/SPC status established; and

7. using the signature stamp of Grantor to perform the functions stated in this instrument; and

8. acting in the stead and good interests of the Grantor in any matter, manner, or capacity regarding the Grantor's real or personal property, taxes, or any liability(ies) settlement(s) thereunto pertaining.

THIS POWER OF ATTORNEY is effective immediately upon signature, and it shall remain in full force and effect for 24 months or until terminated by the Grantor. **California Constitution Art I § 9 applies**.

_EKauapirura_    Sign your name in this space

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

**Ehrenfriede-Pahee: Kauapirura**, Grantor

## WITNESSED BY NOTARY

_N-Y_ state )
_Kings_ county )

subscribed and affirmed

On this, the _16th_ day of _May_, 202___, the assignor and grantor, **Ehrenfriede-Pahee: Kauapirura**, physically appeared before me, and s/he has proven to me, on the basis of satisfactory evidence, to be the assignor and grantor, whose name is subscribed to the within instrument, and acknowledged that s/he has executed the same for the purpose(s) defined and set forth herein.

Notary Signature above this line

ANN MARIE SAMMS
Notary Public - State of New York
**seal**
Qualified in Kings County
My Commission Expires Sep 17, 2022

---

Acceptance of Agreement

_S.T. Rice, J.D._
S.T. Rice, J.D.

1
2
3
4
5          **Exhibit "B"**
        **Discharged Birth Certificate**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

No. 22370123

# UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

INS Registration No. A91 405 328

Personal description of holder as of date of naturalization:

Date of birth: APRIL 16, 1957

Sex: FEMALE

Height: 5 feet 07 inches

Marital status: MARRIED

Country of former nationality:

NAMIBIA



I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Ehrenfriede Kauapirura*
Complete and true signature of holder

Be it known that, pursuant to an application filed with the Attorney General

EHRENFRIEDE KAUAPIRURA

at: NEW YORK,

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

## U.S. IMMIGRATION & NATURALIZATION SERVICE

at: BROOKLYN, NY on: JUNE 30TH, 1996

that such person is admitted as a citizen of the United States of America.



*Commissioner of Immigration and Naturalization*

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DISCHARGED

FORM N-550 REV. 6-9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Exhibit "C"**
**Docket Entry 43**
**Affidavit of Notice [of Discharge] with Bonds**
**In accord with 48 CFR Ch. 1 §53.228**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Ehrenfriede - Pahee: Kauapirura 225 Cadman Plaza East Brooklyn, New York [11201] | [X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE [ ] CORPORATION  [ ] OTHER *(Specify)* | | |
| | STATE OF INCORPORATION Africa - 22370123 | | |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Depository Trust Company 55 Water St. New York, New York [10041-0099] | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE 08/17/2022 | | CONTRACT NUMBER 1:22-CR-00379-DG | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

Lari E. Satahoo
Notary Public, State of New York
No: 01SA6274025
Qualified in Kings County
Commission Expires: 12/24/20__

| | **PRINCIPAL** | | | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | 1. *Kauapirura* (Seal) | 2. *Pahee E. Satahoo* (Seal) | 3. (Seal) | | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. EHRENFRIEDE KAUAPIRURA Principal | 2. LARI E. SATAHOO NOTARY Public | 3. | | |

| | **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | | (Seal) |
| NAME(S) *(Typed)* | 1. EHRENFRIEDE KAUAPIRURA | 2. | | |

| | | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY C | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY D | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY E | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY F | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY G | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

# AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

**OMB Control Number: 9000-0001**
**Expiration Date: 3/31/2024**

Paperwork Reduction Act Statement – This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF | COUNTY OF | |
|---|---|---|
| New York | Brooklyn | **SS.** |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME<br>*(First, Middle, Last) (Type or Print)*<br><br>Ehrenfriede - Pahee: Kauapirura | 2A. HOME ADDRESS<br>*(Number, Street, City, State, ZIP Code)* | |
|---|---|---|
| 3. TYPE AND DURATION OF OCCUPATION<br><br>Surety/Lifetime | | |
| | 2B. TELEPHONE NUMBER | 2C. EMAIL ADDRESS |
| 4A. NAME AND ADDRESS OF EMPLOYER<br>*(Number, Street, City, State, ZIP Code) (If self-employed, so state)*<br><br>Self Employed/New York | 5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED<br>*(Number, Street, City, State, ZIP Code)*<br><br>Depository Trust Company<br>55 Water St.<br>New York, New York [10041-0099] | |
| | 5B. SURETY BROKER EMAIL ADDRESS | |
| 4B. EMPLOYER EMAIL ADDRESS | 5C. HOME TELEPHONE NUMBER | 5D. BUSINESS TELEPHONE NUMBER |
| 6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY<br>*(Number, Street, City, State, ZIP Code)* | 6B. FINANCIAL INSTITUTION EMAIL ADDRESS | 6C. ROUTING TRANSIT NUMBER (RTN) |
| | 6D. CONTACT PERSON NAME | 6E. CONTACT PERSON TELEPHONE NUMBER |
| | 6F. CONTACT PERSON EMAIL ADDRESS | |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).*

1:22-CR-00379-DG - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

Birth Certificate - Africa - 22370123 and Social Security - 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; Bond Number H46985562; Non-Negotiable set off 22370123; Deposited with the Unites States Treasury

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

U.S.D.C. Eastern District of New York Attn: Clerk; 1:22-CR-00379-DG - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

Bid Bond issued by U.S.D.C. Eastern District of New York Attn: Clerk; 1:22-CR-00379-DG - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

## DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)* |
|---|---|

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(or other jurisdiction)* | |
|---|---|---|---|---|
| MONTH | DAY | YEAR | Brooklyn, NY | |
| 07 | 11 | 2023 | | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)* | | | d. SIGNATURE | e. MY COMMISSION EXPIRES |
| EARL E. SATAHOO | | | | 12/24/2024 |

STANDARD FORM 28 (REV. 2/2021) PAGE 2

**PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS**
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)*
08/17/2022

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2022**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Ehrenfriede - Pahee: Kauapirura<br>225 Cadman Plaza East<br>Brooklyn, New York [11201] | ☒ INDIVIDUAL | | ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE | | ☐ CORPORATION |
| | STATE OF INCORPORATION | | |
| | Africa - 22370123 | | |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Ehrenfriede - Pahee: Kauapirura | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| Depository Trust Company | CONTRACT DATE | | CONTRACT NUMBER | |
| 55 Water St. | 08/17/2022 | | 1:22-CR-00379-DG | |
| New York, New York [10041-0099] | OPTION DATE | | OPTION NUMBER | |

### OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

### CONDITIONS:

The principal has entered into the contract identified above.

### THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during, either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

### WITNESS:

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(signature)* *(Seal)* | 2. *(signature)* *(Seal)* | | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. EHRENFRIEDE KAUAPIRURA Principal | 2. | | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(signature)* *(Seal)* | 2. *(signature)* | |
| NAME(S) *(Typed)* | 1. EHRENFRIEDE KAUAPIRURA | 2. | |

| | | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 1418 (REV. 2/1999)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| SURETY B | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ |
|---|---|---|---|
| | SIGNATURE(S) | 1. 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. 2. | |

| SURETY C | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ |
|---|---|---|---|
| | SIGNATURE(S) | 1. 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. 2. | |

| SURETY D | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ |
|---|---|---|---|
| | SIGNATURE(S) | 1. 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. 2. | |

| SURETY E | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ |
|---|---|---|---|
| | SIGNATURE(S) | 1. 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. 2. | |

| SURETY F | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ |
|---|---|---|---|
| | SIGNATURE(S) | 1. 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. 2. | |

| SURETY G | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ |
|---|---|---|---|
| | SIGNATURE(S) | 1. 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. 2. | |

| BOND PREMIUM | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

OMB Control Number: 9000-0045
Expiration Date: 8/31/2022

# REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND
*(See instructions on reverse)*

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Ehrenfriede - Pahee: Kauapirura 225 Cadman Plaza East Brooklyn, New York [11201] | 08/17/2022 |
| | 1B. STATE OF INCORPORATION Africa - 22370123 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
|---|---|
| Depository Trust Company 55 Water St. New York, New York [10041-0099] | |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT 08/17/2022 |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| 3A. AMOUNT OF CONTRACT | 4A. PENAL SUM OF BOND |
| 3B. CONTRACT DATE · 3C. CONTRACT NUMBER | 4B. DATE OF BOND · 4C. BOND NUMBER |
| 3D. DESCRIPTION OF CONTRACT | 4D. PRINCIPAL* |
| 3E. CONTRACTING AGENCY | 4E. STATE OF INCORPORATION *(If Corporate Principal)* |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

**TERMS AND CONDITIONS:**

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, and the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

**WITNESS:**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*\*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.*          *(Over)*

| | 5. DIRECT WRITING COMPANY | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |
| EHRENFRIEDE KAUA PIRURA | Ehrenfriede Kauapirura Authorized Representative | |
| | 6. REINSURING COMPANY | |
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |
| EHRENFRIEDE KAUAPIRURA | Ehrenfriede Kauapirura Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

**Execute and file this form as follows:**

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND
*(See instructions on reverse)*

OMB Control Number: 9000-0045
Expiration Date: 8/31/2022

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Ehrenfriede - Pahee: Kauapirura | 08/17/2022 |
| C/O: 1331 E. 104th Street | **1B. STATE OF INCORPORATION** |
| Brooklyn, New York [11236] | Africa - 22370123 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE |
|---|---|
| Depository Trust Company | $ |
| 55 Water St. | **2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT** 08/17/2022 |
| New York, New York [10041-0099] | **2C. STATE OF INCORPORATION** |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| **3A. AMOUNT OF CONTRACT** | **4A. PENAL SUM OF BOND** |
| **3B. CONTRACT DATE** / **3C. CONTRACT NUMBER** | **4B. DATE OF BOND** / **4C. BOND NUMBER** |
| **3D. DESCRIPTION OF CONTRACT** | **4D. PRINCIPAL*** |
| Performance Bond | Ehrenfriede - Pahee: Kauapirura |
| Case No: 1:22-CR-00379-DG | C/O: 1331 E. 104th Street |
| U.S.D.C. Eastern District of New York | Brooklyn, New York [11236] |
| Attn: Clerk | |
| 225 Cadman Plaza East | |
| Brooklyn, New York [11201] | |
| **3E. CONTRACTING AGENCY** | **4E. STATE OF INCORPORATION** *(If Corporate Principal)* |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

**THEREFORE:**

1. The Reinsuring Company covenants and agrees –

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2, 4D - furnished legal name, business address and ZIP Code.*      *(Over)*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

STANDARD FORM 274 (REV. 4/2013)
Prescribed by GSA - FAR (48 CFR) 53.228(i)

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B. (1) NAME AND TITLE *(Typed)* EHRENFRIEDE KAUAPIRURA | (2) NAME AND TITLE *(Typed)* Ehrenfriede Kauapirura Authorized Representative | |
| 6. REINSURING COMPANY | | |
| 6A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B. (1) NAME AND TITLE *(Typed)* EHRENFRIEDE KAUAPIRURA | (2) NAME AND TITLE *(Typed)* Ehrenfriede Kauapirura Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES

*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2022**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Ehrenfriede - Pahee: Kauapirura <br> C/O: 1331 E. 104th Street <br> Brooklyn, New York [11236] | 08/17/2022 |
| | **1B. STATE OF INCORPORATION** <br> Africa - 22370123 |
| **2. REINSURING COMPANY*** | **2A. AMOUNT OF THIS REINSURANCE ($)** |
| Depository Trust Company <br> 55 Water St. <br> New York, New York [10041-0099] | **2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT** <br> 08/17/2022 |
| | **2C. STATE OF INCORPORATION** |

## 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)* | 3B. PENAL SUM OF BOND <br> $ | |
|---|---|---|
| Payment Bond <br> Payment Settlement of Contract <br> U.S.D.C. Eastern District of New York <br> Attn: Clerk <br> 225 Cadman Plaza East <br> Brooklyn, New York [11201] | **3C. DATE OF BOND** <br> 08/17/2022 | **3D. BOND NUMBER** <br> 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/H46985562 |
| | **3E. PRINCIPAL*** <br> Ehrenfriede - Pahee: Kauapirura <br> C/O: 1331 E. 104th Street <br> Brooklyn, New York [11236] | |
| | **3F. STATE OF INCORPORATION** *(If Corporate Principal)* | |

**AGREEMENT:**

   (a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

   (b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

   The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

**THEREFORE:**

   1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

   2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**WITNESS**

   The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 275 (REV. 10/1998)**
Prescribed by GSA-FAR (48 CFR) 53.228(j)

| 4. DIRECT WRITING COMPANY | | |
|---|---|---|
| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate Seal |
| 4B.(1). NAME AND TITLE *(Typed)*<br>EHRENFRIEDE KAUAPIRURA | 4B.(2). NAME AND TITLE *(Typed)*<br>Ehrenfriede Kauapirura<br>Authorized Representative | |
| **5. REINSURING COMPANY** | | |
| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate Seal |
| 5B.(1). NAME AND TITLE *(Typed)*<br>EHRENFRIEDE KAUAPIRURA | 5B.(2). NAME AND TITLE *(Typed)*<br>Ehrenfriede Kauapirura<br>Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas    Ehrenfriede - Pahee: Kauapirura  , of      Africa - 22370123     , by a bond
              (Name)                  (Place of Residence)
for the performance of U.S. Government Contract Number        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      ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

      in Account Number        1:22-CR-00379-DG        on deposit

      at        U.S.D.C. Eastern District of New York Attn: Clerk
                         (Name of Financial Institution)

located at       225 Cadman Plaza East Brooklyn, New York [11201]      , and
                         (Address of Financial Institution)

Whereas I,       Ehrenfriede - Pahee: of the Kauapirura family      , being a duly authorized
representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

      U.S.D.C. Eastern District of New York Attn: Clerk; 1:22-CR-00379-DG - See GSA FORMS; sf 24; sf
      25A; sf 28; sf 273; sf 274; sf 275 and 91.


and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

      U.S.D.C. Eastern District of New York Attn: Clerk       .
                (Name of Financial Institution)


[Date]   07/11/2023            [Signature]

                              Seal    Lori E. Sutahoo
                                 Notary Public State of New York
                                 No: 01SA6274025
                                 Qualified in Kings County
                                 Commission Expires: 12/14/2024

**OPTIONAL FORM 91** (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)