**DOCKET NUMBER:** <u>CR 22-CR-00379 (DG)</u>

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received by Docket Clerk:** <u>      </u>  **Docket Clerk Initials:** <u>  </u>

**BEFORE JUDGE:** Diane Gujarati USDJ  **DATE:** <u>11/05/2023</u>  **TIME IN COURT** <u>6</u> **HRS** <u>2</u> **MINS**

**DEFENDANT'S NAME:** Ehrenfriede Kauapirura  **DEFENDANT'S #:** <u>001</u>

■ Present ☐ Not Present ☐ Custody ■ Not in Custody

**DEFENSE COUNSEL:** <u>N/A</u>

☐ Federal Defender ☐ CJA ☐ Retained

**D.O.J. Trial Counsel:** <u>Kenneth Vert and Michael Vasiliadis</u>

**CASE MANAGER:** <u>Drew D'Agostino</u>

**COURT REPORTER:** <u>Georgette Betts</u>

| | | | |
|---|---|---|---|
| ☐ | Arraignment | ☐ | Revocation of Probation non-contested |
| ☐ | Change of Plea Hearing (~*Util-Plea Entered*) | ☐ | Revocation of Probation contested |
| ☐ | In Chambers Conference | ☐ | Sentencing non-evidentiary |
| ☐ | Pre-Trial Conference | ☐ | Sentencing Contested |
| ☐ | Initial Appearance | ☐ | Revocation of Supervised Release evidentiary |
| ☐ | Status Conference | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Video Conference | | |
| ☐ | Other Evidentiary Hearing Contested | TYPE OF HEARING<u>            </u> | |

**UTILITIES**

☐ ~Util-Plea Entered ☐ ~Util-Add terminate Attorneys ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter ☐ ~Util-Indictment Un Sealed ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:**  **Speedy Trial Stop Date:**  **CODE TYPE:** <u> </u>

**Do these minutes contain ruling(s) on motion(s)?** ■ YES ☐ NO

**TEXT:** Minute Entry for proceedings held before Judge Diane Gujarati: Jury trial as to Ehrenfriede Kauapirura (1) held on 12/5/2023. Michael Vasiliadis and Kenneth Vert appeared on behalf of the Government. IRS Criminal Investigation Special Agent Christina Calascione and Paralegal LaJuan Holeman also present. *Pro se* Defendant Ehrenfriede Kauapirura present and on bond. CJA counsel Susan Kellman appeared as standby counsel. Case called. Various issues addressed outside presence of jury. Jury then sworn. Preliminary instructions given, opening statements heard, witnesses called and exhibits admitted. Government rested. Defendant made Rule 29 motion. As set forth on the record, Defendant's Rule 29 motion was denied. The Court advised Defendant regarding her right to testify/not

testify. Defendant advised the Court that she does not wish to testify and that she has discussed with standby counsel whether to testify or not testify. Defense rested. Defendant made renewed Rule 29 motion. As set forth on the record, Defendant's renewed Rule 29 motion was denied. Trial continued to 12/6/2023 at 11:00 a.m. Charge Conference scheduled for 12/6/2023 at 9:00 a.m. in Courtroom 4B South. The Clerk of Court is directed to mail a copy of the docket sheet to *pro se* Defendant. (Court Reporter Georgette Betts)