**DOCKET NUMBER:** <u>CR 22-CR-00379 (DG)</u>

CRIMINAL CAUSE FOR JURY TRIAL

**Date Received by Docket Clerk:** <u>      </u>    **Docket Clerk Initials:** <u>  </u>

**BEFORE JUDGE:** Diane Gujarati USDJ **DATE:** <u>12/06/2023</u> **TIME IN COURT** <u>0</u> **HRS** <u>46</u> **MINS**

**DEFENDANT'S NAME:** Ehrenfriede Kauapirura    **DEFENDANT'S #:** <u>001</u>

■ Present    ☐ Not Present    ☐ Custody    ■ Not in Custody

**DEFENSE COUNSEL:** <u>N/A</u>

☐ Federal Defender    ☐ CJA    ☐ Retained

**D.O.J. Trial Counsel:** <u>Kenneth Vert and Michael Vasiliadis</u>

**CASE MANAGER:** <u>Drew D'Agostino</u>

**COURT REPORTER:** <u>Georgette Betts, Avery Armstrong and Stacy Mace</u>

| | | | |
|---|---|---|---|
| ☐ | Arraignment | ☐ | Revocation of Probation non-contested |
| ☐ | Change of Plea Hearing (~*Util-Plea Entered*) | ☐ | Revocation of Probation contested |
| ☐ | In Chambers Conference | ☐ | Sentencing non-evidentiary |
| ☐ | Pre-Trial Conference | ☐ | Sentencing Contested |
| ☐ | Initial Appearance | ☐ | Revocation of Supervised Release evidentiary |
| ☐ | Status Conference | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Video Conference | | |
| ☐ | Other Evidentiary Hearing Contested    TYPE OF HEARING <u>      </u> | | |

**UTILITIES**

☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset

☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed

☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings

☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions

☐ ~Util-Terminate Parties

☐ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:**    **Speedy Trial Stop Date:**    **CODE TYPE:** <u> </u>

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES    ■ NO

**TEXT:** Minute Entry for proceedings held before Judge Diane Gujarati: Charge Conference as to Ehrenfriede Kauapirura (1) held on 12/6/2023. Michael Vasiliadis and Kenneth Vert appeared on behalf of the Government. Paralegal LaJuan Holeman also present. *Pro se* Defendant Ehrenfriede Kauapirura present and on bond. CJA counsel Susan Kellman appeared as standby counsel. (Court Reporter Georgette Betts)