**DOCKET NUMBER:** <u>CR 22-CR-00379 (DG)</u>

## CRIMINAL CAUSE FOR JURY TRIAL

**Date Received by Docket Clerk:** <u>      </u>      **Docket Clerk Initials:** <u>  </u>

**BEFORE JUDGE:** Diane Gujarati USDJ  **DATE:** <u>12/06/2023</u>  **TIME IN COURT** <u>2</u> **HRS** <u>54</u> **MINS**

**DEFENDANT'S NAME:** Ehrenfriede Kauapirura     **DEFENDANT'S #:** <u>001</u>

■ Present     ☐ Not Present     ☐ Custody     ■ Not in Custody

**DEFENSE COUNSEL:** <u>N/A</u>

☐ Federal Defender     ☐ CJA     ☐ Retained

**D.O.J. Trial Counsel:** <u>Kenneth Vert and Michael Vasiliadis</u>

**CASE MANAGER:** <u>Drew D'Agostino</u>

**COURT REPORTER:** <u>Georgette Betts, Avery Armstrong and Stacy Mace</u>

| | |
|---|---|
| ☐ Arraignment | ☐ Revocation of Probation non-contested |
| ☐ Change of Plea Hearing (~*Util-Plea Entered*) | ☐ Revocation of Probation contested |
| ☐ In Chambers Conference | ☐ Sentencing non-evidentiary |
| ☐ Pre-Trial Conference | ☐ Sentencing Contested |
| ☐ Initial Appearance | ☐ Revocation of Supervised Release evidentiary |
| ☐ Status Conference | ☐ Revocation of Supervised Release non-evidentiary |
| ☐ Video Conference | |
| ☐ Other Evidentiary Hearing Contested | TYPE OF HEARING <u>              </u> |

**UTILITIES**

☐ ~Util-Plea Entered     ☐ ~Util-Add terminate Attorneys     ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter     ☐ ~Util-Indictment Un Sealed     ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines     ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings     ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:**     **Speedy Trial Stop Date:**     **CODE TYPE:** <u> </u>

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES     ■ NO

**TEXT:** Minute Entry for proceedings held before Judge Diane Gujarati: Jury trial as to Ehrenfriede Kauapirura (1) held on 12/6/2023.  Michael Vasiliadis and Kenneth Vert appeared on behalf of the Government.  Paralegal LaJuan Holeman also present.  *Pro se* Defendant Ehrenfriede Kauapirura present and on bond.  CJA counsel Susan Kellman appeared as standby counsel.  Case called.  Government's summation, Defendant's summation, and Government's rebuttal summation heard.  Jury charged.  U.S. Deputy Marshal sworn.  Deliberations began.  Trial continued to 12/7/2023 at 9:30 a.m.  The Clerk of Court is directed to mail a copy of the docket sheet to *pro se* Defendant.  (Court Reporter Georgette Betts)