UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America

       v.

Ehrenfriede Kauapirura,

            Defendant.
-----------------------------------------------------------X

**VERDICT FORM**
22-CR-00379 (DG)

COURT'S EXHIBIT NO. 6
IDENTIFICATION/EVIDENCE
DKT.# 22-CR-379
DATE: 12/7/23

### COUNT ONE: MAKING AND SUBSCRIBING FALSE TAX RETURN

How do you find the Defendant EHRENFRIEDE KAUAPIRURA as to Count One?

Guilty __X__            Not Guilty _____

### COUNT TWO: ASSISTING PREPARATION OF FALSE TAX RETURN

How do you find the Defendant EHRENFRIEDE KAUAPIRURA as to Count Two?

Guilty __X__            Not Guilty _____

### COUNT THREE: INTERFERENCE WITH DUE ADMINISTRATION OF INTERNAL REVENUE LAWS

How do you find the Defendant EHRENFRIEDE KAUAPIRURA as to Count Three?

Guilty __X__            Not Guilty _____

### COUNT FOUR: FAILURE TO FILE RETURN – TAX YEAR 2017

How do you find the Defendant EHRENFRIEDE KAUAPIRURA as to Count Four?

Guilty __X__            Not Guilty _____

## COUNT FIVE: FAILURE TO FILE RETURN – TAX YEAR 2018

How do you find the Defendant EHRENFRIEDE KAUAPIRURA as to Count Five?

Guilty __X__          Not Guilty _____

## COUNT SIX: FAILURE TO FILE RETURN – TAX YEAR 2019

How do you find the Defendant EHRENFRIEDE KAUAPIRURA as to Count Six?

Guilty __X__          Not Guilty _____

## COUNT SEVEN: FAILURE TO FILE RETURN – TAX YEAR 2020

How do you find the Defendant EHRENFRIEDE KAUAPIRURA as to Count Seven?

Guilty __X__          Not Guilty _____

Dated: Brooklyn, New York

__December 7__, 2023

_____
FOREPERSON